```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _8/23/2022_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

XL SPECIALTY INSURANCE COMPANY,

                Plaintiff,

-against-

TIMOTHY DAILEADER,

                Defendant.

22 Civ. 4045 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' letters dated August 19 and 22, 2022. ECF Nos. 27–28. Plaintiff's request to modify the Order to Show Cause issued on August 17, 2022, ECF No. 25, is DENIED.

    Further, Plaintiff's request that this action be designated as related to 22 Civ. 5408, ECF No. 26, is DENIED.

    The Clerk of Court is directed to terminate the motion at ECF No. 27.

    SO ORDERED.

Dated: August 23, 2022
       New York, New York

                                        ANALISA TORRES
                                      United States District Judge