UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

XL SPECIALTY INSURANCE COMPANY,

                Plaintiff,

-against-

TIMOTHY DAILEADER,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _9/8/2022_

22 Civ. 4045 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On September 1, 2022, Plaintiff filed a pre-motion letter. ECF No. 36. By **September 14, 2022**, Defendant shall inform the Court whether he plans to oppose Plaintiff's anticipated motion to dismiss.

    SO ORDERED.

Dated: September 8, 2022
       New York, New York

ANALISA TORRES
United States District Judge