UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

XL SPECIALTY INSURANCE COMPANY,

                Plaintiff,

-against-

TIMOTHY DAILEADER,

                Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/14/2022
```

22 Civ. 4045 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' letters dated September 1 and 8, 2022. ECF Nos. 36, 39. Plaintiff's request to file a motion to dismiss is untimely. Plaintiff has not provided any reason for its delay. Accordingly, Plaintiff's request to file a motion to dismiss is DENIED.

    Further, by **September 21, 2022**, Plaintiff shall respond to Defendant's counterclaims.

    SO ORDERED.

Dated: September 14, 2022
       New York, New York

                                            ANALISA TORRES
                                         United States District Judge