UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

XL SPECIALTY INSURANCE COMPANY,

                Plaintiff,

-against-

TIMOTHY DAILEADER,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/7/2022

22 Civ. 4045 (AT)

**ORDER**

ANALISA TORRES, District Judge:

       The Court has reviewed the parties' supplemental briefing dated September 9, 2022. ECF Nos. 40–41. By **October 21, 2022**, the parties shall file letters of no more than five pages addressing: (1) the mandatory preliminary injunction standard as applied to this action; (2) whether the applicable policy in this action provides that the insurer will be reimbursed for costs where coverage under the policy is in dispute; and (3) the interplay between (2) and the need for a security bond under Federal Rule of Civil Procedure 65(c).

       SO ORDERED.

Dated: October 7, 2022
       New York, New York

                                                          ANALISA TORRES
                                                 United States District Judge