UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

XL SPECIALTY INSURANCE COMPANY,

                      Plaintiff,

-against-

TIMOTHY DAILEADER,

                      Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/25/2022_

22 Civ. 4045 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' proposed protective order. ECF No. 49-1. The Court shall not retain jurisdiction over the protective order following termination of this action. By **October 31, 2022**, the parties shall submit a revised protective order.

    SO ORDERED.

Dated: October 25, 2022
       New York, New York

                                                  ANALISA TORRES
                                            United States District Judge